IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK DODSON,

      Plaintiff,                  No. CIV S-09-0227 KJM P

      vs.

SACRAMENTO COUNTY,

      Defendant.          <u>ORDER</u>

_____/

       By an order filed February 11, 2009, plaintiff was ordered to file a completed request to proceed forma pauperis within thirty days and was cautioned that failure to do so would result in dismissal of this action.  The thirty day period has now expired, and plaintiff has not responded to the court's order.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED:  May 29, 2009.

_____
U.S. MAGISTRATE JUDGE

1
dods0227.fta